AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Manolo Morales Lopez | ) | Case No. |
| | ) | 25-mj-8432-PGL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 12, 2025___ in the county of ___Middlesex___ in the _____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | In that the defendant did forcibly assault, resist, oppose, impede, intimidate, interfere with persons designated in 18 U.S.C. § 1114, where such acts involved physical contact with a victim of that assault. |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations (HSI) Special Agent Christopher Gulino

☑ Continued on the attached sheet.

_Christopher Gulino /by Paul G. Levenson_
*Complainant's signature*

Christopher Gulino Special Agent, HSI
*Printed name and title*

Sworn to me and signed in my presence.

Date: ___September 12, 2025___

*Judge's signature*

City and state: ___Boston, Massachusetts___   Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*